

AO 91 (REV.5/85) Criminal Complaint          AUSA Erik Hogstrom (312) 353-8709

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

UREAL MORANT-JONES

MAGISTRATE JUDGE SCHENKIER

**CRIMINAL COMPLAINT**

CASE NUMBER:

**08CR   449**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about April 16, 2008, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, UREAL MORANT-JONES, defendant herein,

being an alien, who previously had been deported and removed from the United States on or about December 27, 2004, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4). I further state that I am a **Deportation Officer** with the Bureau of Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
FRANCISCO TREVINO
**Deportation Officer**, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

Date: June 3, 2008

at   Chicago, Illinois
     City and State

**Magistrate Judge Sidney I. Schenkier**
Name & Title of Judicial Officer

Signature of Judicial Officer

**FILED**

JUN 0 3 2008  TC
6-3-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS  )
                   )  SS
COUNTY OF COOK     )

## AFFIDAVIT

I, Francisco Trevino, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than seven (7) years. I am currently assigned to the Chicago, Illinois ICE Office;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United State after such aliens have previously been lawfully deported from the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject Ureal MORANT-Jones;

4. On April 16, 2008, ICE agents assigned to the Cook Count Jail in Chicago, Illinois encountered MORANT-Jones. It was discovered that MORANT-Jones is a previously deported aggravated felon from Jamaica. An administrative detainer for MORANT-Jones was then placed with the Cook County Jail. On May 14, 2008, MORANT-Jones was received into ICE custody per said detainer.

5. The A file of MORANT-Jones (A76-287-097) shows he is a native and citizen of Jamaica who was lawfully deported from the United States to Jamaica on December 27, 2004.

The file contains no record of MORANT-Jones requesting permission to apply for readmission to the United States from the Secretary of Homeland Security after his deportation.

6. Further review of the file revealed that MORANT-Jones was convicted, prior to his deportation, of Conspiracy with Intent to Distribute more than 100 Kilograms of Marijuana (a drug trafficking offense and an aggravated felony), on September 9, 1998, in The US District Court of New Mexico, and was sentenced to serve 42 months imprisonment.

7. On May 28, 2008 the Federal Bureau of Investigation conducted a fingerprint analysis of the prints taken from MORANT-Jones at the time of his December 27, 2004 deportation. Comparison of those prints to the prints taken by ICE on May 14, 2008, showed that the prints belong to the same person, MORANT-Jones AKA Brown, Wayne.

8. There is probable cause to believe MORANT-Jones unlawfully re-entered the United States and was found within the United States after being lawfully deported subsequent to a conviction of an aggravated felony. These alleged acts are in violation of Title 8, United States Code, Section 1326(a) and (b) (2).

FURTHER AFFIANT SAYETH NOT.

FRANCISCO TREVINO, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 3rd of June, 2008.

HONORABLE SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE