## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 449 - 1 | **DATE** | 6/3/2008 |
| **CASE TITLE** | United States of America vs. Ureal Morant-Jones | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 6/3/08. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Ronald Clark as counsel for the defendant. Enter order appointing Ronald Clark as counsel for the defendant. Defendant waives preliminary examination. The Court enters a finding of probable cause. The Court orders the defendant bound to the U.S. District Court for further proceedings. Government moves for detention. Detention hearing is set for 6/5/08 at 10:15 a.m. The defendant will be detained in custody pending detention hearing.

■ [ For further detail see separate order(s).]                                                      Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|