U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of _United States v. Henry Morant_

Case Number: 08CR449

FILED 6-3-08
JUN 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV449

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

_Henry Morant_

FILED
JUN 03 2008
Magistrate Judge Nancy J. Schenkier
United States District Court

| NAME (Type or print) |
|---|
| Ronald J. Clark |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ RJC |

| FIRM |
|---|
|  |

| STREET ADDRESS |
|---|
| 820 W. Jackson Blvd - Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 312-307-0061 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ |