# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: *United States* vs. *Henry Morant*

FOR: (FILED AT JUN 0 3 2008 / 6-3-08 / MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT)

PERSON REPRESENTED (Show your full name): *Henry Morant*

- ☒ 1 Defendant – Adult
- ☐ 2 Defendant – Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Parole Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☒ 8 Material Witness
- ☐ 9 Other (Specify)

LOCATION NUMBER: 

DOCKET NUMBERS:
- Magistrate: 
- District Court: 08 CR 449
- Court of Appeals: 

08 cr 449

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

*Illegal Reentry*

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer: *Been in U.S. only a year – has not worked*

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ *No*

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: *Friends give him money*

**CASH** — Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No   IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE — *None*

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them: *2 kids living in Evanston, one 12 and one 10. Mother is in custody.*

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: *Living with friends – pays what he can*

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *6/3/08*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Henry Morant*