## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 449 - 1 | **DATE** | 6/5/2008 |
| **CASE TITLE** | United States of America vs. Ureal Morant-Jones | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives detention hearing. The government's oral motion for detention is granted without prejudice. The defendant is to be detained pending trial or order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|