FILED
JUN 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **JUDGE ANDERSEN** |
|---|---|
| v. | 08 CR 449 |
| UREAL MORANT-JONES | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

**MAGISTRATE JUDGE SCHENKIER**

The SPECIAL June 2007 GRAND JURY charges:

On or about April 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

UREAL MORANT-JONES,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 27, 2004, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY