Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE ANDERSEN** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0449 | DATE | JUNE 12, 2008 |
| CASE TITLE | US v. UREAL MORANT-JONES | **MAGISTRATE JUDGE SCHENKIER** | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

## GRAND JURY PROCEEDING

The Grand Jury for the ____SPECIAL JUNE 2007____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge  *Sidney I. Schenkier*

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED
JUN 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #