FILED

JUN 1 2 2008
6-12-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                          )    **JUDGE ANDERSEN**
        v.                )
                          )    No.  08 GJ 592
                          )
                          )    08 cr 449
UREAL MORANT-JONES        )
                          )

**MAGISTRATE JUDGE SCHENKIER**

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney,
PATRICK J. FITZGERALD, United States Attorney for the Northern
District of Illinois, and pursuant to Rule 1.04(d) of the Local
Criminal Rules for the Northern District of Illinois, states as
follows:

1.   No grand jury subpoenas were issued relating to the
indictment returned in the above-captioned case.

                              Respectfully,

                              PATRICK J. FITZGERALD
                              United States Attorney

                    By:   _____
                              ERIK HOGSTROM
                              Assistant U.S. Attorney