FILED
JUN 1 0 2008
6-12-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felony LI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**JUDGE ANDERSEN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X If the answer is "Yes", list the case number and title of the earliest filed complaint:

    08 CR 449, UNITED STATES v. MORANT-JONES, UREAL SCHENKIER

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
    NO X YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

    **MAGISTRATE JUDGE SCHENKIER**

3) Is this a re-filing of a previously dismissed indictment or information?   NO X  YES ☐
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    NO X  YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X  YES ☐

6) What level of offense is this indictment or information?   FELONY X  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X  YES ☐

8) Does this indictment or information include a conspiracy count?   NO X  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    ☐ Homicide ............... (II)           ☐ Income Tax Fraud ........... (II)          ☐ DAPCA Controlled Substances .... (III)
    ☐ Criminal Antitrust (II)                 ☐ Postal Fraud ................ (II)         ☐ Miscellaneous General Offenses .. (IV)
    ☐ Bank robbery ........... (II)           ☐ Other Fraud ................ (III)         X Immigration Laws ............. (IV)
    ☐ Post Office Robbery ..... (II)          ☐ Auto Theft ................. (IV)          ☐ Liquor, Internal Revenue Laws ... (IV)
    ☐ Other Robbery .......... (II)           ☐ Transporting Forged Securities .. (III)    ☐ Food & Drug Laws ........... (IV)
    ☐ Assault ................ (III)          ☐ Forgery .................... (III)         ☐ Motor Carrier Act ........... (IV)
    ☐ Burglary ............... (IV)           ☐ Counterfeiting ............. (III)         ☐ Selective Service Act ........ (IV)
    ☐ Larceny and Theft ...... (IV)           ☐ Sex Offenses ............... (II)          ☐ Obscene Mail ............... (III)
    ☐ Postal Embezzlement .... (IV)           ☐ DAPCA Marijuana ........... (III)          ☐ Other Federal Statutes ........ (III)
    ☐ Other Embezzlement ..... (III)          ☐ DAPCA Narcotics ........... (III)          ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

    8 U.S.C. § 1326(a)

    _____
    ERIK HOGSTROM
    Assistant United States Attorney

(Revised 12/99)