Order Form (01/2005)

Case 1:08-cr-00449    Document 13    Filed 07/17/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 449 - 1 | **DATE** | 7/17/08 |
| **CASE TITLE** | United States of America vs. Ureal Morant-Jones | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 (a) conference to be held by 7/24/08. Pretrial motions are to be filed by 8/7/08 A status hearing is set before Judge Andersen on 8/21/08 at 10:00 a.m. Time is excluded from 7/17/08 to 8/21/08 pursuant to 18 U.S.C. §3161 (h)(1)(F), (X-E).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|

08CR449 - 1 United States of America vs. Ureal Morant-Jones    Page 1 of 1